IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RODNEY HOWARD                                                             PLAINTIFF

v.                  NO. 2:17-cv-00071 PSH

NANCY A. BERRYHILL, Acting Commissioner               DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 17th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE